IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASPEN SPECIALTY INSURANCE )
COMPANY, )
)
    Plaintiff, )
) Case No. 3:13-cv-01359
v. ) Chief Judge Haynes
)
SOUTHEAST TITLE OF MURFREESBORO, )
LLC, et al., )
)
    Defendants. )

**ORDER**

For the reasons set forth on the record in open court, this action is **ADMINISTRATIVELY CLOSED** without prejudice to reopen upon motion of any party.

It is so **ORDERED**.

**ENTERED** this the 3rd day of March, 2014.

                         WILLIAM J. HAYNES, JR.
                         Chief Judge
                         United States District Court