UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 3:13-01359 Chief Judge Haynes |
| SOUTHEAST TITLE OF MURFREESBORO, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review, a typographical error is on page one of the Court's Memorandum (Docket Entry No. 27). The attached Amended Memorandum contains the correction. The corrected page bears the initials "cv" in the upper right hand corner. This correction does not alter, in any respect, the Court's earlier ruling in this action.

It is so **ORDERED.**

ENTERED this the 19th day of June, 2014.

William J. Haynes, Jr.
Chief United States District Judge